Jenny H. Wang (191643), jwang@bargerwolen.com
James A. Hazlehurst (257711), jhazlehurst@bargerwolen.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Tel: (949) 757-2800 / Fax: (949) 752-6313

Attorneys for Plaintiff and Counter-Defendant
American General Life Insurance Company and
Third Party Defendant Matrix Direct, now
known as AIG Direct Insurance Services, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> ANGELA ALBANESE, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No..: 3:13-cv-01464-JM-RBB <br><br> PTC:　　　　　01/16/2015 <br> Trial:　　　　02/17/2015 <br> Action Filed : 06/25/2013 <br><br> **JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |
| ANGELA ALBANESE, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> MATRIX DIRECT, <br><br> Third-Party Defendant. | |
| ANGELA ALBANESE, <br><br> Counter-Claimant, <br><br> vs. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY and MATRIX DIRECT, <br><br> Counter-Defendants. | |

TO THE HONORABLE JEFFREY MILLER AND HIS COURT CLERK:

Plaintiff/Counterdefendant American General Life Insurance Company, Third Party Defendant Matrix Direct, now known as AIG Direct Insurance Services, Inc., and Defendant/Counter-Claimant and Third-Party Plaintiff Angela Albanese (collectively, "the parties") have entered into a confidential settlement of the above-captioned action.  Pursuant to the settlement, the parties, by and through their respective attorneys of record whose signatures appear below, hereby jointly move the Court to dismiss this entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own attorneys' fees and costs.

DATED:  June 2, 2014                    BARGER & WOLEN LLP


By: */s/ Jenny H. Wang*
JENNY H. WANG
JAMES A. HAZLEHURST
Attorneys for Plaintiff and
Counterdefendant American
General Life Insurance Company
and Third Party Defendant Matrix
Direct, now known as AIG Direct
Insurance Services, Inc.


DATED:  June 2, 2014                    HARRIS I. STEINBERG


By: */s/ Harris I. Steinberg*
HARRIS I. STEINBERG
Attorneys for Defendant, Counter-
Claimant and Third-Party Plaintiff
Angela Albanese

## **SIGNATURE CERTIFICATION**

Pursuant to ECF 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the contents of this document are acceptable to Harris I. Steinberg, counsel for Defendant, Counter-Claimant and Third Party Plaintiff Angela Albanese, and I have obtained Mr. Steinberg's authorization to affix his electronic signature to this document.

DATED:  June 2, 2014                                  BARGER & WOLEN LLP


By: */s/ Jenny H. Wang*
       JENNY H. WANG
       JAMES A. HAZLEHURST
       Attorneys for Plaintiff and
       Counterdefendant American
       General Life Insurance Company
       and Third Party Defendant Matrix
       Direct

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA  92612.  Email address: dsutter@bargerwolen.com.

**I HEREBY CERTIFY** that on **June 2, 2014**, I electronically filed the foregoing  **JOINT MOTION TO DISMISS CASE WITH PREJUDICE**  with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Harris I. Steinberg
Attorney at Law
5015 Estates Way
El Cajon, California  92020
Tel:  (619) 441-9734

harrissteinberg@gmail.com

Counsel for Defendant, Counter-
Claimant and Third-Party Plaintiff
Angela Albanese

Richard A. Huver, Esq.
THE HUVER LAW FIRM
655 West Broadway, Suite 1400
San Diego, California 92101
Tel:  (619) 961-4883
Fax:  (619) 961-4886

rhuver@huverlaw.com

Counsel for Defendant, Counter-
Claimant and Third-Party Plaintiff
Angela Albanese

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct.  Executed on **June 2, 2014,** in the City of Irvine, California.

NAME:  Derek Sutter

An Employee of BARGER & WOLEN LLP

3